FILED

06/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0144

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0144

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ROBERT L. WITHEROW,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including July 17, 2022, within which to prepare, serve, and file the State's response brief.

**RB**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 15 2022